UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br> )<br>v. )<br> )<br>MICHAEL E. ADKINS, )<br>Defendant. ) | 2:10-cr-00007-JMS-CMM-13 |

**STIPULATION REGARDING MODIFICATION OF SENTENCE
PURSUANT TO 18 U.S.C. § 3582**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the United States of America, by counsel, Josh J. Minkler, United States Attorney, and Bradley Blackington, Assistant United States Attorney, and Defendant Michael E. Adkins by counsel, Sara Varner, that:

1. On December 23, 2010, Michael E. Adkins was sentenced to 150 months imprisonment based upon a guideline range of 130-162 months (reflecting a final offense level of 27 and a criminal history category of VI).

2. On November 1, 2014, the guideline range under which Mr. Adkins was sentenced was lowered by the U.S. Sentencing Commission under Amendment 782, and the Amendment was thereafter made retroactive by unanimous vote of the Commission. Under this Amendment Mr. Adkins' guideline range is 110-137 months (reflecting a final offense level of 25 and a criminal history category of VI).

3. Upon review of the underlying facts of the case the parties agree that Mr. Adkins is entitled to request relief pursuant to 18 U.S.C. § 3582(c) and U.S.S.G. § 1B1.10 and Amendment 782.

4. Based upon the foregoing, the parties hereby stipulate that a sentence reduction of 30 months (from 150 to 120 months) is appropriate in this matter.

5. The parties further stipulate that the remaining components of Mr. Adkins' sentence shall

remain unchanged.

6. Undersigned counsel's office has been in contact with Mr. Adkins who consents to this entry on his behalf. Mr. Adkins stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43 and 18 U.S.C. §3582(c)(2).

7. The parties agree and stipulate that an Order may be entered by this court reducing Defendant's sentence to a term of 120 months.

Date: March 3, 2016                                                  Respectfully submitted,


                                              s/Sara J. Varner
                                              Sara J. Varner, Counsel for Defendant


                                              s/Bradley Blackington
                                              Bradley Blackington
                                              Assistant United States Attorney